# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BLANCA R. MORALES AGUILERA
        Plaintiff,

   v.                                              Case No. 13-C-1248

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security Administration
        Defendant.

## ORDER

Plaintiff Blanca Morales Aguilera seeks judicial review of the denial of her application for social security disability benefits. Ordinarily, a plaintiff must pay a statutory filing fee to bring an action in federal court, 28 U.S.C. § 1914(a), but plaintiff requests leave to proceed in forma pauperis. Under 28 U.S.C. § 1915(a), an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff has filed the required affidavit. Upon review of that affidavit, the court is satisfied that she satisfies the poverty requirements of § 1915. Plaintiff avers that she and her husband are unemployed, with income limited to rent from tenants and food stamps. She further avers that their home is mortgaged to the maximum, and that they are behind on their mortgage payments, utilities, and other obligations. Finally, plaintiff avers that she believes she is entitled to relief in this action, and on review of the complaint the court is unable to determine that the action is frivolous or that the complaint fails to state a claim.

**THEREFORE, IT IS ORDERED** that plaintiff's petition to proceed without prepayment of fees (R. 2) is **GRANTED**. The file will be returned to the Clerk of Courts for service on defendant.

Plaintiff is advised to provide defendant or her counsel with copies of all future motions or papers filed by plaintiff in this action.

Dated at Milwaukee, Wisconsin this 5th day of November, 2013.

/s Lynn Adelman

_____
LYNN ADELMAN
District Judge